Michael W. Fattorosi, Esq., SBN 193538
michael@fattlegal.com
FATTOROSI & ASSOCIATES, P.C.
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 881-8500, Fax: (818) 881-9008

Attorneys for Plaintiff, XPAYS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DOES 1 through 843,<br><br>  Defendants.<br>_____ | CASE NO. CV 11-652 SJO (MANx)<br><br>*[Assigned to the Honorable S. James Otero, Courtroom 1]*<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY**<br><br>Complaint Filed:   January 21, 2011<br>Trial Date:                       Not Set |

///

///

///

1

**[PROPOSED] ORDER**

1  Having considered Plaintiff, XPAYS, INC.'s Plaintiff's Ex Parte Application for Expedited
2  Discovery, all documents filed in opposition thereto, the Cable Privacy Act (47 U.S.C. §551),
3  and good cause appearing therefore,

4  IT IS ORDERED THAT Plaintiff's ex parte application is GRANTED.

5  Plaintiff may engage in immediate discovery in this matter, including the issuing of
6  subpoenas to cable operators and Internet Service Providers to produce any and all
7  documents and/or information sufficient to identify the DOE defendants.

8  For each such subpoena, (a) the Internet Service Provider shall have seven (7)
9  calendar days after service of the subpoena to notify the subscriber that their identity is sought
10 by Plaintiff, and (b) each subscriber whose identity is sought shall have twenty one (21)
11 calendar days from the date of such notice to file any papers contesting the subpoena.

12 This Order is compliant with the requirements of the Cable Privacy Act (47 U.S.C.
13 §551).

14 **IT IS SO ORDERED**

16 March 3, 2011

_____
Honorable S. James Otero
Judge, United States District Court