1  Michael W. Fattorosi, Esq., SBN 193538
   michael@fattlegal.com
2  FATTOROSI & ASSOCIATES, P.C.
   5850 Canoga Avenue, Suite 400
3  Woodland Hills, California 91367
   (818) 881-8500, Fax: (818) 881-9008
4
   Attorneys for Plaintiff, XPAYS, INC.
5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  XPAYS, INC., a Delaware Corporation,　　　　)　CASE NO. CV 11-652 SJO (MANx)
                                            )
12  　　　　　　　　　　　　　　　　　　　　　　)　***[Assigned to the Honorable S.***
                 Plaintiff,　　　　　　　)　***James Otero, Courtroom 1]***
13  　　　　　　　　　　　　　　　　　　　　　　)
   vs.　　　　　　　　　　　　　　　　　　　　)　**ORDER GRANTING**
14  　　　　　　　　　　　　　　　　　　　　　　)　**PLAINTIFF'S REQUEST FOR AN**
   DOES 1 through 843,　　　　　　　　　　　)　**EXTENSION OF TIME TO SERVE**
15  　　　　　　　　　　　　　　　　　　　　　　)　**THE COMPLAINT**
                 Defendants.　　　　　)
16  _____ )　Complaint Filed:　January 21, 2011
                                     Trial Date:　　　　　　Not Set
17

18  ///

19  ///

20  ///

21

22

23

24

25

26

27

28

1

**ORDER**

1     Having considered Plaintiff, XPAYS, INC.'s, Declaration of Michael W. Fattorosi Re:

2     Order to Show Cause Re Dismissal for Lack of Prosecution, and good cause appearing

3     therefore,

4     IT IS ORDERED THAT Plaintiff's request for an extension of 90 days to serve the

5     Complaint in this matter pursuant to Fed.R.Civ.P., Rules 4(m) and 6(b)(1)(A) is GRANTED.

6     Plaintiff has to and including August 12, 2011 to serve the Complaint in this matter

7     pursuant to Fed.R.Civ.P., Rule 4.

8     **IT IS SO ORDERED**

9

10    May _12___, 2011

11    _____

      Honorable S. James Otero

      Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ORDER**