# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S) | CASE NUMBER |
| v. | |
| DEFENDANT(S). | NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, _____, _____ , _____
              *Name*                          *CA Bar ID Number*                 *E-mail Address*

☐ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s) _____

_____

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent   ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

---

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
            PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____   New Facsimile Number _____
New E-mail address _____

---

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FI RM I S **NOT** ALREADY PART OF THI S ACTI ON AND ARE A SSOCIATING IN AS COUNSEL OF RECORD A NOTI CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI CE, A SEPARATE APPLI CATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____  CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____  Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: _____         _____
                                    *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update   their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Informat ion. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**