| | |
|---|---|
| 1 | Michael W. Fattorosi, Esq., SBN 193538 |
|  | michael@fattlegal.com |
| 2 | LAW OFFICES OF MICHAEL W. FATTOROSI |
|  | 5850 Canoga Avenue, Suite 400 |
| 3 | Woodland Hills, California 91367 |
|  | (818) 881-8500, Fax: (818) 881-9008 |
| 4 | |
| 5 | Attorneys for Plaintiff, XPAYS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation, | CASE NO. CV 11-652 SJO (MANx) |
| Plaintiff, | [Assigned to the Honorable S. James Otero, Courtroom 1] |
| vs. | **PLAINTIFF'S AMENDMENT TO COMPLAINT TO ADD TRUE NAMES OF DOE DEFENDANTS** |
| DOES 1 through 843, | |
| Defendants. | Complaint Filed:  January 21, 2011 |
|  | Trial Date:  Not Set |

TO ALL INTERESTED PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff, XPAYS, INC., at the time of filing the initial Complaint in this matter did not know the true names and capacities of defendants named herein by fictitious names. Plaintiff hereby amends the Complaint to substitute the following true names in place of the fictitious names as follows:

PHILLIP MONTES, to substitute for DOE 3.

ROBERT REIFENRATH, to substitute for DOE 6.

STEVE SAKAL, to substitute for DOE 9.

GEORGE ISHIKAWA, to substitute for DOE 35.

NICK LIBERIS, to substitute for DOE 118.

1

**PLAINTIFF'S AMENDMENT TO COMPLAINT TO ADD TRUE NAMES OF DOE DEFENDANTS**

| | |
|---|---|
| 1 | RITA DAVIS, to substitute for DOE 134. |
| 2 | PATRICIA CUNNINGHAM, to substitute for DOE 138. |
| 3 | CRISTINA LELIS, to substitute for DOE 152. |
| 4 | OSCAR RODRIGUEZ, to substitute for DOE 164. |
| 5 | JASON DELORME, to substitute for DOE 208. |
| 6 | ISAAC OCHOA, to substitute for DOE 211. |
| 7 | CYNTHIA LUAS, to substitute for DOE 241. |
| 8 | MIKKI A. TADWILLIAMS, to substitute for DOE 261. |
| 9 | DARREN BALDWIN, to substitute for DOE 292. |
| 10 | VICTOR MENDOZA, to substitute for DOE 332. |
| 11 | MICHAEL BRADLEY, to substitute for DOE 384. |
| 12 | DENNIS WADE, to substitute for DOE 387. |
| 13 | MATTHEW LONG, to substitute for DOE 409. |
| 14 | BRYAN REEVES, to substitute for DOE 415. |
| 15 | SOPHAY YANG, to substitute for DOE 436. |
| 16 | STEVE P. CAMARILLO, to substitute for DOE 444. |
| 17 | SUZANNA TADROS, to substitute for DOE 461. |
| 18 | JILL MCKINSEY, to substitute for DOE 466. |
| 19 | NIKKI PHUONG, to substitute for DOE 521. |
| 20 | VINCENT CANALES, to substitute for DOE 525. |
| 21 | DAN PETTA, to substitute for DOE 528. |
| 22 | JOSE DELGADO, to substitute for DOE 535. |
| 23 | JOE GUERRERO, to substitute for DOE 555. |
| 24 | YUANYUAN WANG, to substitute for DOE 563. |
| 25 | ASHLEY GUERRBRO, to substitute for DOE 569. |
| 26 | RYAN EKEMA, to substitute for DOE 588. |
| 27 | MINDY GLASS, to substitute for DOE 599. |
| 28 | DAVID RUBALCAVA, to substitute for DOE 600. |

| | |
|---|---|
| 1 | ROD PINNELLI, to substitute for DOE 604. |
| 2 | MICHAEL CALLEHAN, to substitute for DOE 611. |
| 3 | ALAN GREGORY, to substitute for DOE 616. |
| 4 | DIANA CASTRO, to substitute for DOE 618. |
| 5 | ERIC LADENHEIM, to substitute for DOE 624. |
| 6 | JOHN ROMAN, to substitute for DOE 625. |
| 7 | PAUL YANEZ, to substitute for DOE 636. |
| 8 | ROB BRITTSAN, to substitute for DOE 640. |
| 9 | SARAH RAMOS, to substitute for DOE 656. |
| 10 | SEOK HYUN HONG, to substitute for DOE 663. |
| 11 | JUAN RAMIREZ, to substitute for DOE 679. |
| 12 | LINDA DEPNER, to substitute for DOE 682. |
| 13 | MICHAEL JANSON, to substitute for DOE 683. |
| 14 | CLARENCE MONROE, to substitute for DOE 691. |
| 15 | SHEENA MCCALLION, to substitute for DOE 721. |
| 16 | BYRON JOHNSON, JR., to substitute for DOE 731. |
| 17 | ANN PETERS, to substitute for DOE 745. |
| 18 | CYNTHIA GRONROOS, to substitute for DOE 746. |
| 19 | CINDY IBANEZ, to substitute for DOE 758. |
| 20 | THOMAS WATERS, to substitute for DOE 761. |
| 21 | JASON LATIMER, to substitute for DOE 766. |
| 22 | TONY SOARES, to substitute for DOE 769. |
| 23 | MICHAEL WARD, to substitute for DOE 772. |
| 24 | KIM BULL, to substitute for DOE 805. |
| 25 | TIM COLT, to substitute for DOE 807. |
| 26 | DONNA SPENCE, to substitute for DOE 808. |
| 27 | NIZAR KAJANI, to substitute for DOE 819. |
| 28 | AMY CORN, to substitute for DOE 835. |

TEJINDER S. MANN, to substitute for DOE 838.

IAN STAPP, to substitute for DOE 842.

Respectfully Submitted,

Dated: August 4, 2011       By:   /s/ Michael W. Fattorosi
                                  Michael W. Fattorosi, Attorney for Plaintiff,
                                  XPAYS, INC., a Delaware Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents described as **PLAINTIFF'S AMENDMENT TO COMPLAINT TO ADD TRUE NAMES OF DOE DEFENDANTS** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on August 4, 2011.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on August 4, 2011, at Woodland Hills, California.


 /s/ Michael W. Fattorosi
MICHAEL W. FATTOROSI