Michael W. Fattorosi, Esq., SBN 193538  
michael@fattlegal.com  
LAW OFFICES OF MICHAEL W. FATTOROSI  
5850 Canoga Avenue, Suite 400  
Woodland Hills, California 91367  
(818) 881-8500, Fax: (818) 881-9008  

Attorneys for Plaintiff, XPAYS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>DOES 1 through 843,<br><br>Defendant(s) | CASE NUMBER:<br>CV 11-652 SJO (MANx)<br><br>**DISMISSAL OF PARTIES DESIGNATED BY A FICTITIOUS NAME** |

**COMES NOW** the Plaintiff _____ XPAYS, INC. _____ in the above-entitled action and hereby dismisses the complaint as to every party designated in the complaint by a fictitious name, to wit:

all DOE defendants except the following DOE defendants for which Plaintiff will be amending the Complaint herewith to add the true names of such DOE Defendants:

DOES 3, 6, 9, 35, 118, 134, 138, 152, 164, 208, 211, 241, 261, 292, 332, 384, 387, 409, 415, 436, 444, 461, 466, 521, 525, 528, 535, 555, 563, 569, 588, 599, 600, 604, 611, 616, 618, 624, 625, 636, 640, 656, 663, 679, 682, 683, 691, 721, 731, 745, 746, 758, 761, 766, 769, 772, 805, 807, 808, 819, 835, 838, 842.

Dated: August 4, 2011

_____  
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing documents described as **DISMISSAL OF PARTIES DESIGNATED BY A FICTITIOUS NAME** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on August 4, 2011.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on August 4, 2011, at Woodland Hills, California.


 /s/ Michael W. Fattorosi
MICHAEL W. FATTOROSI