1  Michael W. Fattorosi, Esq., SBN 193538
   michael@fattlegal.com
2  LAW OFFICES OF MICHAEL W. FATTOROSI
   5850 Canoga Avenue, Suite 400
3  Woodland Hills, California 91367
   (818) 881-8500, Fax: (818) 881-9008
4
   Attorneys for Plaintiff, XPAYS, INC.
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  XPAYS, INC., a Delaware Corporation, | CASE NO. CV 11-652 SJO (MANx) |
| 12                Plaintiff, | [Assigned to the Honorable S. James Otero, Courtroom 1] |
| 13  vs. | **NOTICE OF ERRATA** |
| 14  DOES 1 through 843, | |
| 15                Defendants. | Complaint Filed:  January 21, 2011 |
| 16  _____ | Trial Date:                   Not Set |

17

18  TO ALL INTERESTED PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF

19  RECORD:

20       PLEASE TAKE NOTICE that on August 4, 2011, Plaintiff, XPAYS, INC. mistakenly e-

21  filed the following document by using the CM/ECF system: Plaintiff's Amendment to

22  Complaint to Add True Names of Doe Defendants [Docket Entry 17].  Plaintiff will manually

23  file said document forthwith pursuant to General Order 10-07.

24

25                                 Respectfully Submitted,

26

27  Dated: August 5, 2011          By:  /s/ Michael W. Fattorosi
                                   Michael W. Fattorosi, Attorney for Plaintiff,
28                                 XPAYS, INC., a Delaware Corporation

                                    1
                         **NOTICE OF ERRATA**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents described as **NOTICE OF ERRATA** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on August 5, 2011.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on August 5, 2011, at Woodland Hills, California.

 /s/ Michael W. Fattorosi
MICHAEL W. FATTOROSI