UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00652 SJO (MANx) | Date | August 11, 2011 |
|---|---|---|---|
| Title | Xpays, Inc. v. Does 1 through 843 | | |

Present: The Honorable   S. JAMES OTERO

| Victor Paul Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**            IN CHAMBERS

The Court sets a Status Conference on Tuesday, September 6, 2011 @ 8:30 a.m.  Plaintiff's counsel shall file a status report by Monday, August 29, 2011.

                                                                                                  :
                                            Initials of Preparer            vpc