Michael W. Fattorosi, Esq., SBN 193538
michael@fattlegal.com
LAW OFFICES OF MICHAEL W. FATTOROSI
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 881-8500, Fax: (818) 881-9008

Attorneys for Plaintiff, XPAYS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>DOES 1 through 843,<br><br>          Defendants. | CASE NO. CV 11-652 SJO (MANx)<br><br>[Assigned to the Honorable S. James Otero, Courtroom 1]<br><br>**STATUS REPORT RE: STATUS CONFERNCE**<br><br>Status Conference<br>Date:  September 6, 2011<br>Time:  8:30 a.m.<br><br>Complaint Filed:  January 21, 2011<br>Trial Date:             Not Set |

TO ALL INTERESTED PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

   Plaintiff, XPAYS, INC. respectfully submits the following Status Report pursuant to the Court's August 11, 2011 Order.

## I.

## **PROCEDURAL HISTORY**

   The Complaint in this matter was filed on January 21, 2011.  On March 2, 2011, Plaintiff filed an ex parte application for expedited discovery.  (Docket Entry ("DE") 6).  This application was granted in the Court's Order dated March 3, 2011.  (DE 7).

1

On May 2, 2011, the Court set an Order to Show Cause Re Dismissal for Lack of Prosecution ("OSC"). (DE 8). On May 6, 2011, Plaintiff's counsel filed a Declaration regarding the OSC in which Plaintiff requested an extension of 90 days to effect service of the Complaint. (DE 9). On May 12, 2011, the Court granted Plaintiff's request for an extension of time to serve the Complaint to and including August 12, 2011. (DE 10).

On August 4, 2011, Plaintiff filed Plaintiff's Amendment to Complaint to Add True Names of Doe Defendants by using the CM/ECF system. (DE 17). Simultaneously therewith, Plaintiff filed a Dismissal of Parties Designated By A Fictitious Name, in which all but 63 Doe Defendants were dismissed. (DE 18). On August 5, 2011, the Clerk of the Court issued a Notice to Filer of Deficiencies in Electronically Filed Documents setting forth that Amended Complaints are to be filed manually at the Civil Intake Window. (DE 19). Promptly thereafter, on August 5, 2011, Plaintiff filed a Notice of Errata indicating that the Amendment to the Complaint was mistakenly filed by using the CM/ECF system and that Plaintiff will manually file said document. (DE 20). Later that day, the Court struck the electronically filed Complaint. (DE 21).

Thereafter, on August 5, 2011, Plaintiff manually filed its re-titled First Amended Complaint manually at the Civil Intake Window. The First Amended Complaint substitutes the true names and capacities of the fictitious names of the 63 Doe Defendants who were not dismissed. On August 8, 2011, an Summons was issued by the Clerk of the Court for the Defendants named in the First Amended Complaint.

## II.

## SERVICE OF THE COMPLAINT

On August 8, 2011, all case initiating documents, including the First Amended Complaint and respective Summons, were provided to Plaintiff's attorney service. The attorney service was advised of the August 12, 2011 deadline to serve all Defendants, and was instructed to serve all Defendants on a rush basis before this deadline.

///

///

As detailed below, some Defendants were served after the August 12, 2011 deadline and some Defendants were not served. Based thereon, in compliance with the Court's Order Granting Plaintiff's Request For An Extension of Time to Serve The Complaint (DE 10), Plaintiff will be a filing a Notice of Voluntary Dismissal concurrently with this Status Report dismissing the Defendants who were not timely served without prejudice. The respective proofs of service for the timely served Defendants who have not been dismissed will also be filed concurrently herewith. Finally, Plaintiff will be filing a Notice of Voluntary Dismissal dismissing other Defendants with prejudice.

The following is a status of service on each of the named Defendants, organized in the same manner as the First Amended Complaint:

PHILLIP MONTES was personally served on August 10, 2011.

ROBERT REIFENRATH was served by substituted service on August 10, 2011.

STEVE SAKAL was personally served on August 22, 2011.

GEORGE ISHIKAWA was unable to served.

NICK LIBERIS was personally served on August 10, 2011.

RITA DAVIS was served by substituted service on August 11, 2011.

PATRICIA CUNNINGHAM was personally served on August 10, 2011.

CRISTINA LELIS was personally served on August 11, 2011.

OSCAR RODRIGUEZ was served by substituted service on August 12, 2011.

JASON DELORME was personally served on August 13, 2011.

ISAAC OCHOA was served by substituted service on August 11, 2011.

CYNTHIA LUAS was unable to served.

MIKKI A. TADWILLIAMS was served by substituted service on August 18, 2011.

DARREN BALDWIN was personally served on August 14, 2011.

VICTOR MENDOZA was unable to served.

MICHAEL BRADLEY was personally served on August 10, 2011.

DENNIS WADE was served by substituted service on August 13, 2011.

MATTHEW LONG was served by substituted service on August 12, 2011.

| | |
|---|---|
| 1 | BRYAN REEVES was unable to served. |
| 2 | SOPHAY YANG was served by substituted service on August 11, 2011. |
| 3 | STEVE P. CAMARILLO was served by substituted service on August 11, 2011. |
| 4 | SUZANNA TADROS was personally served on August 10, 2011. |
| 5 | JILL MCKINSEY was served by substituted service on August 11, 2011. |
| 6 | NIKKI PHUONG was personally served on August 10, 2011. |
| 7 | VINCENT CANALES was served by substituted service on August 11, 2011. |
| 8 | DAN PETTA was unable to served. |
| 9 | JOSE DELGADO was unable to served. |
| 10 | JOE GUERRERO was unable to served. |
| 11 | YUANYUAN WANG was served by substituted service on August 11, 2011. |
| 12 | ASHLEY GUERRBRO was unable to served. |
| 13 | RYAN EKEMA was served by substituted service on August 13, 2011. |
| 14 | MINDY GLASS was personally served on August 9, 2011. |
| 15 | DAVID RUBALCAVA was served by substituted service on August 10, 2011. |
| 16 | ROD PINNELLI was served by substituted service on August 11, 2011. |
| 17 | MICHAEL CALLEHAN is being dismissed with prejudice concurrently herewith. |
| 18 | ALAN GREGORY was served by substituted service on August 18, 2011. |
| 19 | DIANA CASTRO was unable to served. |
| 20 | ERIC LADENHEIM was served by substituted service on August 18, 2011. |
| 21 | JOHN ROMAN was served by substituted service on August 23, 2011. |
| 22 | PAUL YANEZ was served by substituted service on August 17, 2011. |
| 23 | ROB BRITTSAN was unable to served. |
| 24 | SARAH RAMOS was served by substituted service on August 10, 2011. |
| 25 | SEOK HYUN HONG is being dismissed with prejudice concurrently herewith. |
| 26 | JUAN RAMIREZ was personally served on August 9, 2011. |
| 27 | LINDA DEPNER was personally served on August 17, 2011. |
| 28 | MICHAEL JANSON was personally served on August 8, 2011. |

STATUS REPORT RE: STATUS CONFERNCE

1      CLARENCE MONROE was served by substituted service on August 11, 2011.

2      SHEENA MCCALLION was personally served on August 9, 2011.

3      BYRON JOHNSON, JR. was personally served on August 10, 2011.

4      ANN PETERS was unable to be served.

5      CYNTHIA GRONROOS was served by substituted service on August 10, 2011.

6      CINDY IBANEZ was personally served on August 13, 2011.

7      THOMAS WATERS was served by substituted service on August 12, 2011.

8      JASON LATIMER is being dismissed with prejudice concurrently herewith.

9      TONY SOARES was served by substituted service on August 13, 2011.

10      MICHAEL WARD was unable to served.

11      KIM BULL was personally served on August 13, 2011.

12      TIM COLT was served by substituted service on August 17, 2011.

13      DONNA SPENCE was personally served on August 9, 2011.

14      NIZAR KAJANI was unable to be served.

15      AMY CORN was personally served on August 17, 2011.

16      TEJINDER S. MANN was personally served on August 10, 2011.

17      IAN STAPP was served by substituted service on August 11, 2011.

## III.

## DEFENDANTS

Following the dismissals discussed above, the following Defendants will remain in the action as of the filing of this Status Report:

PHILLIP MONTES, an individual;

ROBERT REIFENRATH, an individual;

RITA DAVIS, an individual;

PATRICIA CUNNINGHAM, an individual;

CRISTINA LELIS, an individual;

OSCAR RODRIGUEZ, an individual;

ISAAC OCHOA, an individual;

| | |
|---|---|
| 1 | MICHAEL BRADLEY, an individual; |
| 2 | MATTHEW LONG, an individual; |
| 3 | SOPHAY YANG, an individual; |
| 4 | STEVE P. CAMARILLO, an individual; |
| 5 | SUZANNA TADROS, an individual; |
| 6 | JILL MCKINSEY, an individual; |
| 7 | NIKKI PHUONG, an individual; |
| 8 | VINCENT CANALES, an individual; |
| 9 | YUANYUAN WANG, an individual; |
| 10 | MINDY GLASS, an individual; |
| 11 | DAVID RUBALCAVA, an individual; |
| 12 | ROD PINNELLI, an individual; |
| 13 | SARAH RAMOS, an individual; |
| 14 | JUAN RAMIREZ, an individual; |
| 15 | MICHAEL JANSON, an individual; |
| 16 | CLARENCE MONROE, an individual; |
| 17 | SHEENA MCCALLION, an individual; |
| 18 | BYRON JOHNSON, JR., an individual; |
| 19 | CYNTHIA GRONROOS, an individual; |
| 20 | THOMAS WATERS, an individual; |
| 21 | DONNA SPENCE, an individual; |
| 22 | TEJINDER S. MANN, an individual; and |
| 23 | IAN STAPP, an individual. |
| 24 | |
| 25 | Respectfully Submitted, |
| 26 | |
| 27 | Dated: August 29, 2011        By: /s/ Michael W. Fattorosi |
| 28 | Michael W. Fattorosi, Attorney for Plaintiff, XPAYS, INC., a Delaware Corporation |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5850 Canoga Avenue, Suite 400, Woodland Hills, California 91367.

    On August 29, 2011, I served the foregoing document described as **STATUS REPORT RE: STATUS CONFERNCE** on the interested parties in this action:

_X_    By placing ___ the original _X_ true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

___    By placing ___ the original ___ true copies thereof enclosed in sealed envelopes addressed as follows:

_X_    (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on a motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_    (BY CM/ECF) I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on August 29, 2011, at Woodland Hills, California.

_X_    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___    I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

/s/ Michael W. Fattorosi
MICHAEL W. FATTOROSI

**MAILING LIST**

| | |
|---|---|
| Phillip Montes<br>128 South Robin Road<br>West Covina, CA 91791<br>**Defendant** | Yuanyuan Wang<br>1725 Kimberly Drive<br>West Covina, CA 91792<br>**Defendant** |
| Robert Reifenrath<br>960 Sherdan Street<br>Upland, CA 91786<br>**Defendant** | Mindy Glass<br>108 Ardmore Road<br>Larkspur, CA 94939<br>**Defendant** |
| Rita Davis<br>24144 Beverly Street<br>Wildomar, CA 92595<br>**Defendant** | David Ruvalcaba<br>481 East Shaver Street<br>San Jacinto, CA 92583<br>**Defendant** |
| Patricia Cunningham<br>34668 Orchard Street<br>Wildomar, CA 92595<br>**Defendant** | Rod Pinnelli<br>1853 Nisperos Street<br>Stockton, CA 95206<br>**Defendant** |
| Cristina Lelis<br>2272 West Orange Avenue<br>Porterville, CA 93257<br>**Defendant** | Sarah Ramos<br>8352 Rasmussen Circle<br>Elverta, CA 95626<br>**Defendant** |
| Oscar Rodriguez<br>18624 Lemert Street<br>Hesperia, CA 92345<br>**Defendant** | Juan Ramirez<br>6653 Crestview Court<br>Stockton, CA 95219<br>**Defendant** |
| Isaac Ochoa<br>4543 Dunham Street<br>Commerce, CA 90040<br>**Defendant** | Michael Janson<br>8432 Lost River Court<br>Antelope, CA 95843<br>**Defendant** |
| Michael Bradley<br>31846 Macaws Court<br>Temecula, CA 92592<br>**Defendant** | Clarence Monroe<br>1775 Estrella Avenue<br>Tulare, CA 93274<br>**Defendant** |
| Matthew Long<br>781 North Pasadena Avenue<br>Pasadena, CA 91103<br>**Defendant** | Sheena McCallion<br>1709 Wilde Drive<br>Discovery Bay, CA 94505<br>**Defendant** |
| Sophay Yang<br>405 West Arlight Street<br>Monterey Park, CA 91754<br>**Defendant** | Byron Johnson, Jr.<br>1163 Madera Avenue<br>Menlo Park, CA 94025<br>**Defendant** |

///

| | |
|---|---|
| Steve P. Camarillo<br>15626 Yellowbrook Lane<br>La Mirada, CA 90638<br>**Defendant** | Cynthia Gronroos<br>193 Hoff Road<br>Santa Rosa, CA 95409<br>**Defendant** |
| Suzanna Tadros<br>304 North Orange Avenue<br>West Covina, CA 91790<br>**Defendant** | Thomas Waters<br>2557 North Crestwood Street<br>Orange, CA 92865<br>**Defendant** |
| Jill McKinsey<br>24066 Decorah Road<br>Diamond Bar, CA 91765<br>**Defendant** | Donna Spence<br>160 Cunha Drive<br>Knightsen, CA 94548<br>**Defendant** |
| Nikki Phuong<br>8133 Loren Lane<br>Rosemead, CA 91770<br>**Defendant** | Tejinder S. Mann<br>1425 Portofino Drive<br>Yuba City, CA 95993<br>**Defendant** |
| Vincent Canales<br>524 Fordland Avenue<br>La Verne, CA 91750<br>**Defendant** | Ian Stapp<br>3025 Tagura Drive<br>Modesto, CA 95355<br>**Defendant** |