| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL W. FATTOROSI, Bar No.: SBN 193538<br>FATTOROSI & ASSOCIATES, P.C.<br>5850 CANOGA AVENUE, SUITE 400<br>WOODLAND HILLS, CA 91357 | (818) 881-8500 | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>NONE GIVEN | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

PLAINTIFF/PETITIONER:
XPAYS, INC., A DELAWARE CORPORATION

DEFENDANT/RESPONDENT:
DOES 1 THROUGH 843

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV11-652 SJO (MANx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   DOCUMENTS SERVED ARE LISTED ON ATTACHMENT 2

3. a. Party served:      MATTHEW LONG, AN INDIVIDUAL

4. Address where the party was served:    781 NORTH PASADENA AVENUE
   PASADENA, CA 91103

5. I served the party
   b. **by substituted service.** On: August 12, 2011 at: 12:03 pm I left the documents listed in item 2
   with or in the presence of DENNIS LONG - CO-OCCUPANT

   PHYSICAL DESCRIPTION OF PERSON SERVED:
   Age: 37    Weight: 145    Hair: BLACK    Race: ASIAN
   Sex: M    Height: 5-6    Eyes: BROWN
   Marks:

   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

7. **Person who served papers**
   a. S. GEORGINO
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 208
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $112.75
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: 4930
      (iii) County: LOS ANGELES

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 12, 2011

                                                      S. GEORGINO

Judicial Council form POS-010 Rev. 01/01/07        **PROOF OF SERVICE**        P24158-1/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL W. FATTOROSI, Bar No.: SBN 193538<br>FATTOROSI & ASSOCIATES, P.C.<br>5850 CANOGA AVENUE, SUITE 400<br>WOODLAND HILLS, CA  91357 | (818) 881-8500 | |
| ATTORNEY FOR (Name):   PLAINTIFF | Ref. No. or File No.<br>NONE GIVEN | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CA  90012

PLAINTIFF:
XPAYS, INC., A DELAWARE CORPORATION

DEFENDANT:
DOES 1 THROUGH 843

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV11-652 SJO (MANx) |
|---|---|---|---|---|

I received the within process on August 5, 2011 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:   **MATTHEW LONG, AN INDIVIDUAL**

Residence:   781 NORTH PASADENA AVENUE, PASADENA, CA 91103

Business:   Business address was not known at the time of service.

As enumerated below:

August 10, 2000   09:40 pm
    NO ANSWER (RESIDENCE), PREMISES DARK.
August 8, 2011   04:10 pm
    NO ANSWER (RESIDENCE).
August 9, 2011   08:32 am
    NO ANSWER (RESIDENCE), NO ACTIVITY.
August 11, 2011   12:07 pm
    NO ANSWER (RESIDENCE).
August 12, 2011   12:02 pm
    NOT HOME (RESIDENCE) PER DENNIS LONG, CO-OCCUPANT.
August 12, 2011   12:03 pm
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

**Person who served papers**
S. GEORGINO
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 208
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was:  $112.75
I am: registered California process server.
   independent contractor
   Registration No.: 4930
   County: **LOS ANGELES**

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 12, 2011                                                    S. GEORGINO

Judicial Council form POS-010            **DECLARATION REGARDING DILIGENCE**            P24158-1/asdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> MICHAEL W. FATTOROSI, Bar No.: SBN 193538 <br> FATTOROSI & ASSOCIATES, P.C. <br> 5850 CANOGA AVENUE, SUITE 400 <br> WOODLAND HILLS, CA 91357 | TELEPHONE NO.: <br> (818) 881-8500 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*: PLAINTIFF | Ref. No. or File No. <br> NONE GIVEN | |
| Insert name of court, judicial district or branch court, if any: <br> UNITED STATES DISTRICT COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> 312 NORTH SPRING STREET <br> LOS ANGELES, CA 90012 | | |

| PLAINTIFF/PETITIONER: |
|---|
| XPAYS, INC., A DELAWARE CORPORATION |
| DEFENDANT/RESPONDENT: |
| DOES 1 THROUGH 843 |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> CV11-652 SJO (MANx) |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 208, Los Angeles, CA 90026.

On **August 12, 2011,** after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

DOCUMENTS SERVED ARE LISTED ON ATTACHMENT 2

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

-
MATTHEW LONG, AN INDIVIDUAL
781 NORTH PASADENA AVENUE
PASADENA, CA 91103

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
B. BODY
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 208
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was: $112.75
I am: registered California process server.
    employee
Registration No.: 6182
County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 12, 2011

B. BODY

Judicial Council form POS-010     PROOF OF SERVICE BY MAIL     P24158-1/asopmail

## **ATTACHMENT 2**

1. SUMMONS, ATTACHMENT TO SUMMONS (FILED AUGUST 8, 2011)
2. FIRST AMENDED COMPLAINT (FILED AUGUST 5, 2011)
3. SUMMONS (FILED JANUARY 11, 2011)
4. COMPLAINT FOR INJUNCTION AND DAMAGES (FILED JANUARY 21, 2011)
5. CIVIL COVER SHEET
6. DISMISSAL OF PARTIES DESIGNATED BY A FICTITUOUS NAME
7. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY
8. CERTIFICATION AND NOTICE OF INTERESTED PARTIES
9. REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT
10. NOTICE TO PARTIES OF ADR PROGRAM
11. ADR PROGRAM QUESTIONNAIRE
12. INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE S. JAMES OTERO
13. ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO SERVE THE COMPLAINT
14. NOTICE OF CHANGE OF ATTORNEY INFORMATION