ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: FOR COURT USE ONLY

MICHAEL W. FATTOROSI, Bar No.: SBN 193538 (818) 881-8500
FATTOROSI & ASSOCIATES, P.C.
5850 CANOGA AVENUE, SUITE 400
WOODLAND HILLS, CA 91357

ATTORNEY FOR (Name): PLAINTIFF

Ref. No. or File No.: NONE GIVEN

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

PLAINTIFF/PETITIONER:
XPAYS, INC., A DELAWARE CORPORATION

DEFENDANT/RESPONDENT:
DOES 1 THROUGH 843

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV11-652 SJO (MANx) |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the

DOCUMENTS SERVED ARE LISTED ON ATTACHMENT 2

3. a. Party served: MICHAEL JANSON, AN INDIVIDUAL
4. Address where the party was served: (Residence) 8432 LOST RIVER COURT, ANTELOPE, CA 95843
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: August 8, 2011 at: 09:20 pm
   under the following Code of Civil Procedure section :
   PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

7. **Person who served papers**
   a. H. GARCIA
   b. ABSOLUTE SERVICE OF LOS ANGELES
   1301 WEST SECOND STREET, SUITE 208
   LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $174.75
   e. I am: (3) registered process server.
   (i) independent contractor
   (ii) Registration No.: 2009-90
   (iii) County: SACRAMENTO

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 12, 2011

H. GARCIA

# ATTACHMENT 2

1. SUMMONS, ATTACHMENT TO SUMMONS (FILED AUGUST 8, 2011)
2. FIRST AMENDED COMPLAINT (FILED AUGUST 5, 2011)
3. SUMMONS (FILED JANUARY 11, 2011)
4. COMPLAINT FOR INJUNCTION AND DAMAGES (FILED JANUARY 21, 2011)
5. CIVIL COVER SHEET
6. DISMISSAL OF PARTIES DESIGNATED BY A FICTITUOUS NAME
7. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY
8. CERTIFICATION AND NOTICE OF INTERESTED PARTIES
9. REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT
10. NOTICE TO PARTIES OF ADR PROGRAM
11. ADR PROGRAM QUESTIONNAIRE
12. INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE S. JAMES OTERO
13. ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO SERVE THE COMPLAINT
14. NOTICE OF CHANGE OF ATTORNEY INFORMATION