THOMAS LOSAVIO, SBN 051023
LAURA S. FLYNN, SBN 148511
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
MINDY GLASS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

XPAYS, INC., a Delaware Corporation,

Plaintiff,

v.

DOES 1 through 843,

Defendants.

Case No. CV 11-652SJO (MANx)

**DEFENDANT MINDY GLASS' ANSWER TO FIRST AMENDED COMPLAINT OF XPAYS, INC.; DEMAND FOR JURY TRIAL**

Defendant Mindy Glass, an individual (hereinafter "Defendant"), hereby answers the First Amended Complaint (hereinafter "Complaint") filed by plaintiff Xpays, Inc. (hereinafter "Plaintiff") in this action, and demands a jury trial.

**NATURE OF THE CASE**

1. Answering paragraph 1 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

2. Answering paragraph 2 of the Complaint, Defendant generally and specifically denies that she collectively participated, via the Internet, in the unlawful reproduction and distribution of the Motion Picture by means of file transfer technology called BitTorrent. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said

allegations.

3. Answering paragraph 3 of the Complaint, Defendant generally and specifically denies that she ever copied and/or distributed unauthorized copies of the Motion Picture over the Internet. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

4. Answering paragraph 4 of the Complaint, Defendant generally and specifically denies that she participated in any infringements. Defendant generally and specifically denies she unlawfully obtained and/or distributed unauthorized copies of Plaintiff's Motion Picture. As to the remaining allegations of paragraph 4, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

5. Answering paragraph 5 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

## JURISDICTION AND VENUE

6. Answering paragraph 6 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

7. Answering paragraph 7 of the Complaint, Defendant generally and specifically denies each and every allegation. Specifically, Defendant the Court has personal jurisdiction over her and denies she has significant contacts in the Central District. Defendant denies any participation in infringement activities.

8. Answering paragraph 8 of the Complaint, Defendant denies venue is proper in Central District of California.

## THE PARTIES

9. Answering paragraph 9 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

10. Answering paragraph 10 of the Complaint, Defendant generally and specifically denies she engaged in any infringing activity and denies she participated in and is in some manner responsible for the acts described in the Complaint and damage resulting therefrom. As to the remaining allegations, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

11. Answering paragraph 11 of the Complaint, Defendant generally and specifically denies that she performed, participated in, or abetted in some manner, the acts alleged in the Complaint, proximately causing the damages alleged. Defendant generally and specifically denies she is liable to Plaintiff for the damages and relief sought. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

12. Answering paragraph 12 of the Complaint, Defendant admits she resides in the State of California. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

## COPYRIGHT CHAIN OF TITLE

13. Answering paragraph 13 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

14. Answering paragraph 14 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

15. Answering paragraph 15 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

16. Answering paragraph 16 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

17. Answering paragraph 17 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

**COPYRIGHT AND BITTORRENT**

18. Answering paragraph 18 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

19. Answering paragraph 19 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

20. Answering paragraph 20 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

21. Answering paragraph 21 of the Complaint, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

22. Answering paragraph 22 of the Complaint, Defendant generally and specifically denies she uploaded the Motion Picture via BitTorrent. As to the remaining allegation, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

**FIRST CAUSE OF ACTION**

**(Copyright Infringement-Against All Defendants)**

23. Answering paragraph 23 of the Complaint, Defendant restates, realleges, and incorporates by reference, paragraphs 1 through 23, inclusive, of this answer, as though they are fully and completely set forth herein.

24. Answering paragraph 24 of the Complaint, Defendant generally and specifically denies each and every allegation contained therein. Defendant denies she used, and/or continues to use, BitTorrent software to reproduce and/or distribute Plaintiff's Motion Picture. Defendant generally and

specifically denies that she has distributed the material en masse. Defendant generally and specifically denies that she has violated Plaintiff's exclusive rights of reproduction and distribution. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

25. Answering paragraph 25 of the Complaint, Defendant generally and specifically denies that she engaged in any acts of infringement and denies any alleged infringement was willful, intentional and/or in disregard of and with indifference to the rights of Plaintiff. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

26. Answering paragraph 26 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant generally and specifically denies that she engaged in an act of infringement, denies Plaintiff is entitled to relief pursuant to 17 U.S.C. §504 and denies Plaintiff is entitled to its attorney's fees and/or costs pursuant to 17 U.S.C. § 505.

27. Answering paragraph 27 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies any act on her part has or will continue to cause Plaintiff great and irreparable injury. She denies that Plaintiff is entitled to injunctive relief and denies she has or will engage in any act of infringement. Defendant denies that she has in her possession any copies of the Motion Picture made in violation of Plaintiff's exclusive rights to copyright. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

**SECOND CAUSE OF ACTION**

**(Contributory Copyright Infringement - Against All Defendants)**

28. Answering paragraph 28 of the Complaint, Defendant restates, realleges, and incorporates by reference, paragraphs 1 through 27, inclusive, of this answer, as though they are fully and completely set forth herein.

29. Answering paragraph 29 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies she directly or indirectly has infringed and/or threatens to further infringe the copyright in the Motion Picture by the acts alleged. Defendant denies she participated in or otherwise knowingly contributed to the unauthorized reproduction and/or distribution of the Motion Picture with BitTorrent software within the Central District or elsewhere. Defendant denies she induced, caused and/or materially contributed to, or continues to induce, cause and/or materially contribute to, the infringing conduct by third parties and/or other Defendants. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

30. Answering paragraph 30 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies she participated in and/or otherwise contributed to the unauthorized reproduction and/or distribution of the Motion Picture in violation of 17 U.S.C. §§ 106(1) and 106(3). Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

31. Answering paragraph 31 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies she reproduced or distributed the Motion Picture. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

32. Answering paragraph 32 of the Complaint, Defendant generally and specifically denies it is liable to Plaintiff. As to the remaining allegations, Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies said allegations.

33. Answering paragraph 33 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies she engaged in any acts of infringement. Defendant denies she knew the Motion Picture was copyrighted. Defendant denies that she willfully

infringed Plaintiff's rights under the Copyright Laws of the United States, 17 U.S.C. §101 et seq. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

34. Answering paragraph 34 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies she obtained gains, profits and/or advantages as a result of any alleged wrongful act. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

35. Answering paragraph 35 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies Plaintiff has suffered, and/or continues to suffer, direct and actual damages as a result of Defendant's alleged wrongful conduct. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

36. Answering paragraph 36 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies she engaged in any acts of infringement and denies any alleged acts of infringement were willful, intentional, and/or in disregard of and with indifference to the rights of Plaintiff. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

37. Answering paragraph 37 of the Complaint, Defendant generally and specifically denies each and every allegation stated therein. Defendant denies she engaged in any acts of infringement. She denies that Plaintiff is entitled to relief pursuant to 17 U.S.C. § 504 and denies Plaintiff is entitled to attorney's fees and costs pursuant to 17 U.S.C. §505. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

38. Answering paragraph 38 of the Complaint, Defendant generally and specifically denies

each and every allegation stated therein. Defendant denies that her conduct is causing and/or will continue to cause Plaintiff great and irreparable injury. Defendant denies Plaintiff is entitled to injunctive relief pursuant to 17 U.S.C. §§ 502 and 503. Defendant denies she has in her possession any copies of the Motion Picture. Defendant is without sufficient knowledge or information as to form a belief as to the truth of the allegations contained in said paragraph as to the other defendants identified in the Complaint, and on that basis, denies said allegations.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant denies that Plaintiff has been injured or damaged in any of the sums mentioned in the Complaint or in any other amount by reason of any act or omission of Defendant. Defendant denies that Plaintiff is entitled compensatory damages, general damages, special damages, consequential damage, punitive damages, pre and post judgment interest, injunctive relief, actual or statutory damages, attorney's fees and/or costs of suit. Defendant denies that Plaintiff is entitled to any type of Order whatsoever.

**AFFIRMATIVE DEFENSES**

39. AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Defendant did not personally engage in any acts of infringement.

40. AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Defendant did not copy, download, upload, distribute or reproduce any copies of the Motion Picture.

41. AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that this Court lacks personal jurisdiction over Defendant .

42. AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that the Complaint does not state facts sufficient to constitute a cause of action against this answering Defendant.

43. AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that all parties have been improperly joined in this action. Federal Rule of Civil Procedure 20; *BMG Music v. Does 1-4,* No. 3:06-CV-01579-MHP, 2006 U.S. Dist. LEXIS 53237 (N.D. Cal. July 31, 2006); *BMG Music v. Does 1-203,* No. Civ. A. 04-650, 2004 WL 953888 (E.D. Pa. April 2, 2004);

*LaFace Records, LLC v. Does 1-38,* No. 5:07-CV-298-BR, 2008 WL 544992 (E.D.N.C.. Feb 27, 2008); *Interscope Records v. Does 1-25*, No. 6:04-CV-197-ORL-22DAB, 2004 U.S. Dist. LEXIS 27782 (M.D. Fla. April 1, 2004.

44. AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Plaintiff does not have standing to bring this action as it is not the legal or beneficial owner the alleged copyrighted material and was not the legal or beneficial owner of the alleged copyrighted material when the alleged acts of infringement by Defendant took place.

45. AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Plaintiff has failed to join necessary and indispensable parties, including, but not limited to, BitTorrent.

46. AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Defendant cannot be held liable for infringement committed by another.

47. AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that venue is improper.

48. AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Defendant is informed and believes that the purported infringing activities were traced to an IP address which Comcast associated with Defendant's account. The IP identified address belongs to Defendant's router, which is a hub point providing connection to the Internet to any device in the vicinity that connects with it. At the relevant time period, Defendant resided in a multi-unit building with a number of neighbors with potential access to the Defendant's router. Defendant did not own all the devices that connected to the Internet via her router. Assuming Plaintiff can prove that unauthorized copying occurred via Defendant's router, that fact alone does not support a finding that Defendant was responsible for the activity.

49. AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Plaintiff's claims are barred pursuant to the equitable theories of laches, unclean hands, estoppel, res judicata and waiver.

50. AS AND FOR A TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Plaintiffs' claims are barred by the applicable statute of limitations, including, but not

limited to 17 U.S.C. § 507(b).

51. AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES: that Plaintiff failed to mitigate its damages.

WHEREFORE, Defendant prays that Plaintiff take nothing by way of the Complaint on file herein and that Defendant is awarded judgment for her costs, attorneys' fees, sanctions (28 U.S.C. § 1927), and for such other and further relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands a jury trial in this matter.

Dated: August 30, 2011.

LOW, BALL & LYNCH

By ______________________

THOMAS LOSAVIO
LAURA S. FLYNN
Attorneys for Defendant
MINDY GLASS