UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00652 SJO (MANx) | Date | September 6, 2011 |
|---|---|---|---|
| Title | XPAYS, INC., v. DOES 1 through 843 | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Margarita Lopez | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Fattorosi | not present |

**Proceedings:** STATUS CONFERENCE

Hearing held.

The Court reviews the case history.

Court and counsel confer regarding compliance with Local Rules.

The Court Orders Plaintiff to file separate cases as to each defendant.

Counsel argues.

The Court sets an Order to Show Cause hearing on October 31, 2011 @ 8:30 a.m.

|  | : | .16 |
|---|---|---|
| | Initials of Preparer | vpc |