LAURA S. FLYNN, SBN 148511
E-mail: lflynn@lowball.com
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
MINDY GLASS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 through 843,<br><br>Defendants. | Case No. CV 11-00652SJO (MANx)<br><br>DESIGNATION OF COUNSEL |

Defendant Mindy Glass hereby designates the following attorney from Low, Ball & Lynch as counsel for service in this action:

    Name:    Laura S. Flynn

The following attorney is no longer counsel of records in this action:

    Name:    Thomas J. LoSavio

Dated: September 14, 2011.

LOW, BALL & LYNCH

By: _/s/ Laura S. Flynn_
LAURA S. FLYNN
Attorneys for Defendant
MINDY GLASS

-1-
DESIGNATION OF COUNSEL

K:\2902\sf0001\Pld\Designation of Counsel.wpd

Case No. CV 11-00652 SJO (MANx)