# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge    MAN

From: Mel Zavala _____, Deputy Clerk    Date Received: 9/12/11

Case No.: CV 11-652-SJO (MANx)    Case Title: Xpays, Inc. v. Doe

Document Entitled: Motion to Quash Subpoena

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1   Document not legible
- ☒ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
- ☒ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1     Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-7     Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
- ☐ General Order 08-02 Case is designated for electronic filing
- ☒ Other: Certificate of service does not state that plaintiff's counsel was served and certificate of service not signed.

---

**Note:** Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                       U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

9/14/11                    Margaret A. Nagle
Date                       U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (05/10)            NOTICE OF DOCUMENT DISCREPANCIES

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

XPAYS, INC.,                                      CASE No. CV 11-652 SJO
    Plaintiff,

vs.                                               MOTION TO QUASH

DOES 1-843,
    Defendants.

_____/

## MOTION TO QUASH SUBPOENA

    I received a letter from my ISP (Verizon) regarding a subpoena, which included a copy of the Order Granting Plaintiff's Application for Leave to Take Discovery. The letter stated specific dates/times that 4 movies were downloaded from my internet protocol address. All 4 of these dates were over the Christmas holiday when I had several guests visiting. Since I do not download movies from the internet, I assume that some of my guests may have downloaded movies from my internet connection without my knowledge.

    From a limited amount of research I have done, these subpoena notifications are followed by demand letters. These letters -- which demand substantial amounts of money to avoid dealing with their lawsuit - and their phone calls, which are persistent, are the reason I am filing this motion. I respectfully request that I be allowed to do so without revealing my personally identifying information.

CASE No. CV 11-652 SJO

MOTION TO QUASH

Dated: 8/31/2011                          Respectfully submitted,

                                          *Scott A. Smith*
                                          Scott A. Smith

### CERTIFICATE OF SERVICE

I hereby certify that on 8/31/2011, I served a copy of the foregoing document, via US Mail, on:

> U.S. District Court
> Att: Earlene Carson, Clerk of Court
> 312 N. Spring St
> Los Angeles, CA 90012