Michael W. Fattorosi, Esq., SBN 193538
michael@fattlegal.com
LAW OFFICES OF MICHAEL W. FATTOROSI
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
(818) 881-8500, Fax: (818) 881-9008

Attorneys for Plaintiff, XPAYS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XPAYS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DOES 1 through 843,<br><br>　　　　　Defendants. | CASE NO. CV 11-652 SJO (MANx)<br><br>[Assigned to the Honorable S. James Otero, Courtroom 1]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT, MINDY GLASS, PURSUANT TO FED. R. CIV. P. 41**<br><br>[PROPOSED] ORDER<br><br>Complaint Filed:　January 21, 2011<br>Trial Date:　　　　　　　　Not Set |

///
///
///

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, XPAYS, INC. and Defendant, MINDY GLASS, through their respective undersigned counsel of record, hereby stipulate to the voluntary dismissal of this action without prejudice against Defendant, MINDY GLASS.

Each party shall bear their own attorneys' fees, expenses and costs.

Dated: October 24, 2011    By: _____
                               Michael W. Fattorosi, Attorney for Plaintiff,
                               XPAYS, INC., a Delaware Corporation

Dated: October 18, 2011    By: _____
                               Laura S. Flynn, Attorney for Defendant,
                               MINDY GLASS

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing documents described as **STIPULATION OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT, MINDY GLASS, PURSUANT TO FED. R. CIV. P. 41; [PROPOSED] ORDER** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on October 31, 2011.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on October 31, 2011, at Woodland Hills, California.

/s/ Michael W. Fattorosi
MICHAEL W. FATTOROSI