UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 11-00652 SJO (MANx)  **DATE:** October 31, 2011

**TITLE:** Xpays, Inc. v. Does 1 through 843

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Notice of Voluntary Dismissal filed by Plaintiff Xpays, Inc., Dismissal is Without Prejudice [68] on 10/31/11. Accordingly, the Court Orders this matter dismissed pursuant to said Stipulation of Dismissal.